July 23, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

BENEDICT EMESOWUM, Appellant

NO. 14-15-00513-CV                          V.

CHRISTMAS EVE MORGAN, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on June 9, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Benedict Emesowum.

We further order this decision certified below for observance.